## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER**                                          **PLAINTIFF**
**ADC# 707085**

**v.**                          **CASE NO. 5:14CV00072 BSM**

**ARKANSAS, STATE OF, et al.**                                      **DEFENDANTS**

## <u>ORDER</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed, along with the objections filed. After careful consideration and a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants the State of Arkansas, the Arkansas Department of Correction, and Ray Hobbs are DISMISSED without prejudice pursuant to the second amended complaint. [Doc. No. 11].

2.      Plaintiff's request for early release to seek medical attention is DENIED without prejudice so she may pursue it through filing a petition for writ of habeas corpus.

3.      Plaintiff may proceed on her claim for deliberate indifference and request for monetary damages and injunctive relief against defendants named in the second amended complaint.

4.      It is further certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma*

*pauperis* appeal from this order would not be taken in good faith.

DATED this 2nd day of July 2014.

UNITED STATES DISTRICT JUDGE