IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER,**           **PLAINTIFF**
**ADC# 707085**

v.                     CASE NO: 5:14CV00072 BSM

**ARKANSAS, STATE OF; et al.**           **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections have been reviewed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Wendy Kelley's motion for summary judgment [Doc. No. 18] is granted in part and denied in part;

   A. Claims against Kelley arising on or after January 9, 2014, are dismissed without prejudice;

   B. All other claims against Kelley are allowed to proceed;

2. It is further certified that an *in forma pauperis* appeal taken from this order would not be taken in good faith.

DATED this 11th day of September 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE