IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER,** **PLAINTIFF**
**ADC# 707085**

**v.** **CASE NO: 5:14CV00072 BSM**

**ARKANSAS, STATE OF; et al.** **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant John Byus' motion for summary Judgment [Doc. No. 30] be denied.

DATED this 11th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE