IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER,**                                                **PLAINTIFF**
**ADC# 707085**

v.                                              **CASE NO: 5:14CV00072 BSM**

**STATE OF ARKANSAS et al.**                                               **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The motion for summary judgment filed by defendants Joseph Hughes and Bernard Williams [Doc. No. 52] is granted;

2. Kendra Deshazer's complaint is dismissed without prejudice; and

3. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 5th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE