**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KENDRA KATRISE DESHAZER,**                                              **PLAINTIFF**
**ADC# 707085**

**v.**                                        **CASE NO: 5:14CV00072 BSM**

**STATE OF ARKANSAS et al.**                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered this day, this case is hereby dismissed without

prejudice.

DATED this 5th day of January 2015.



_____
UNITED STATES DISTRICT JUDGE